06013144-1

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the Secretary of State of the State(s) of Pennsylvania, and that such Seal(s) is/are entitled to full faith and credit.*

In testimony whereof, I, Condoleezza Rice, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this sixth day of March, 2006.

Secretary of State

By _____
Assistant Authentication Officer,
Department of State

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USE 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

*For the contents of the annexed document, the Department assumes no responsibility*

# COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF STATE

No : 200601853

## OFFICE OF THE SECRETARY OF THE COMMONWEALTH

January 12, 2006

PENNSYLVANIA, SS:

I. Pedro A Cortés, Secretary of the Commonwealth of Pennsylvania, DO HEREBY CERTIFY, That it appears by the records of this office that

**STANLEY J CHMIELEWSKI**

now is, and was at the time of execution of the attached certificate, the duly appointed DEPUTY PROTHONOTARY OF THE COURT OF COMMON PLEAS in and for the County of PHILADELPHIA, in the Commonwealth of Pennsylvania, USA, which is a court of law and record having a common seal, and as such officer has the legal custody of the records and the official seal thereof:

I, DO FURTHER CERTIFY, That I verily believe the seal impressed upon the attached certificate is genuine.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the seal of my Office to be affixed, the day and year above written.

Pedro A. Cortés
_____
Secretary Of The Commonwealth

# COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of: Pennsylvania
County of: Philadelphia } ss.

Official Witness of International Society of Indigenous Sovereigns [ISIS]

_Abdul M. Muhammad_, hereby swear (or affirm) that the
(Name of Custodian of Original Document)

attached reproduction of _Status Documents_ is a true,
(Description of Original Document)

correct and complete photocopy of a document in my possession.

_[Signature]_
Signature of Custodian of Original Document

P.O. Box 42075 Philadelphia, Penna 19101
Address

Subscribed and sworn to (or affirmed) before me on this __29__ day of
__DEC__, __2005__

_[Signature]_
Signature of Notary Public

NOTARIAL SEAL
PATRICIA L FRANKLIN
Notary Public
PHILADELPHIA CITY, PHILADELPHIA COUNTY
My Commission Expires Nov 29, 2008

Place Notary Seal Above

---------- OPTIONAL ----------

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

Description of Attached Document: International Indigenous Society
Title or Type of Document: Affidavit of Private Citizenship/Indigenous Status
Document Date: 12/29/2005  Identifying No.: _____  No. of Pages: _____

---

## In the Court of Common Pleas of Philadelphia County
### Commonwealth of Pennsylvania
County of Philadelphia, ss.

No. 96 – 07025.

I, JOSEPH H. EVERS, Prothonotary of the Court of Common Pleas of said county, which is a Court of Record having an official seal, being the officer authorized by the laws of the Commonwealth of Pennsylvania to make the following Certificate.



do Certify, that _____ Esquire, whose name is subscribed to the certificate of acknowledgment of the annexed instrument and thereon written, or before whom the annexed affidavit was made was at the time of so doing or at the time of such acknowledgment a NOTARY PUBLIC for the Commonwealth of Pennsylvania, residing in the County of Philadelphia aforesaid, duly commissioned and qualified to administer oaths and affirmations and to take acknowledgments and proofs of Deeds or Conveyances for lands, tenements and hereditaments to be recorded in said Commonwealth of Pennsylvania, and to all whose acts, as such, full faith and credit are and ought to be given, as well in Courts of Judicature as elsewhere; and that I am well acquainted with the handwriting of the said NOTARY PUBLIC and verily believe the signature thereto is genuine, and I further certify that the said instrument is executed and acknowledged in conformity with the laws of the Commonwealth of Pennsylvania or that said oath or affirmation purports to be taken in all respects as required by the laws of the Commonwealth of Pennsylvania.
The impression of the seal of the Notary Public is not required by law to be filed in this office.
In Testimony Whereof, I have hereunto set my hand and affixed the seal of the Court this **DEC 2 9 2005** day of _____ in the year of our Lord 19 _____





