IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED NOV 26 2007

Civil No. 1:07CV00277

Joseph Brumby

Vs.

THE UNITED STATES OF AMERICA

Civil No. 1:07CV00277

## Demand By Affidavit & Notice for Return of Property

## Official Notice of Claim with Offer of Proof[1]

**NOW COMES** Priority Claimant Joseph Brumby for himself to make clear for the record his perfected priority claims pursuant to Rule G(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims on the following property:

1) This official notice of claim is made for $7,000 in U.S. Currency and a 2003 NISSAN 350Z VIN JN1AZ34E43T002843
2) Joseph Brumby is the official priority claimant over the $7,000 in U.S. Currency which was taken from him unlawfully and without proof or prosecution of any crime.
3) This notice has been filed within the required time pursuant to Rule G(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims
4) The Prosecution has not responded to the official claims of Joseph Brumby and HAS NOT submitted interrogatives which is required by law if there is a need to question the priority claim.
5) A true and correct copy of this claim has been sent via certified mail return receipt to Anna Mills Wagoner, United States Attorney for the Middle District of North Carolina and Lynne P. Klauer, Assistant United States Attorney P.O. Box 1858 Greensboro, NC 27402.
6) I Joseph Brumby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____ 11-26-07

[Made pursuant to Title 28USCA Section 1746]

CERTIFICATE OF SERVICE
The Undersigned Hereby Certifies That He Has Served A Copy Of The Foregoing Document Upon All Parties Or Their Attorneys Of Record By Placing Same In The U. S. Mails, Postage Prepaid and Properly Addressed, This the 26 Day of Nov, 2007.

_____
Attorney at Law

---

[1] HAINES v. KERNER, 404 U.S. 519, 522 "Entitled to an Opportunity to offer proof as due process of law guarantee"

Case 1:07-cv-00277-TDS -PTS   Document 24   Filed 11/26/07   Page 1 of 1