# LEGAL NOTICE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | : Civil No. 1:07CV00277<br>:<br>: |
| v. | : |
| $7,000.00 in U.S. CURRENCY | : |
| and | : |
| 2003 NISSAN 350Z,<br>VIN JN1AZ34E43T002843,<br>    Defendants. | :<br>:<br>: |

## NOTICE OF ARREST AND SEIZURE

In obedience to a Warrant of Arrest in the above-entitled cause, the United States Marshals Service has seized and taken into its possession the following described property:

$7,000.00 in U.S. Currency; and

2003 Nissan 350Z, VIN JN1AZ34E43T002843.

All persons asserting an interest in defendant properties and who have received direct notice of the forfeiture action must file a verified claim with the Clerk of Court pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, thirty-five (35) days after the notice is sent; or if notice was published but direct notice was not sent to the claimant or the claimant's attorney, a claim must be filed no later than thirty

(30) days after final publication of newspaper notice or legal notice or no later than sixty (60) days after the first day of publication on an official internet government forfeiture site; or within the time that the Court allows, provided any request for an extension of time from the Court is made prior to the expiration of time which the person must file such verified claim. In addition, any person having filed such a claim shall also file an answer to the complaint or a motion under Rule 12 within twenty (20) days after filing the claim.

All persons asserting an interest in the defendant properties are required to file a claim with the Clerk's Office and to answer the complaint within the times above fixed; otherwise judgment by default will be filed for the relief demanded in the complaint.

Supplemental Rule G(5) provides in pertinent part: "The claim must: (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; (C) be signed by the claimant under penalty of perjury; and (D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D)."

All such claims and answers must be filed with the Office of the Clerk, United States District Court, Post Office Box 2708, Greensboro, North Carolina 27402, with a copy thereof sent to Anna Mills Wagoner, United States Attorney, Asset Forfeiture Division, P.O. Box 1858, Greensboro, North Carolina, 27402.