

U.S. Department of Justice

*United States Attorney*
*Middle District of North Carolina*

---

101 South Edgeworth Street         Phone (336) 333-5351
P. O. Box 1858
Greensboro, NC 27401               Criminal Fax (336) 333-5381
                                      Civil Fax (336) 333-5257
                              Administration Fax (336) 333-5561

July 2, 2007

**VIA CERTIFIED MAIL/**
**RETURN RECEIPT REQUESTED**
Joseph Brumby, Jr.
22 Hunt Club Road, Apt. K
Greensboro, NC 27410

Re:   U.S. v. $7,000.00 in U.S. Currency and 2003 Nissan 350Z, VIN: JN1AZ34E43T002843
      Civil Case No.: 1:07CV00277

Dear Mr. Brumby:

    The enclosed Verified Complaint for Forfeiture, Warrant for Arrest, and Legal Notice are sent to you pursuant to the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, Rule G(4).

    To contest the forfeiture, you must file a verified claim within 35 days of the date of this letter. You must then file an answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after the filing of the claim. See the enclosed Legal Notice for more detail.

    Failure to follow the requirements set forth in the Legal Notice may result in judgment by default taken against you for the relief demanded in the Complaint. You may wish to seek legal advice to protect your interests.

Very truly yours,

ANNA MILLS WAGONER
United States Attorney

Jeannie L. Wall, Paralegal
Asset Forfeiture Unit

/jlw
Enclosures