# United States District Court

Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

John S. Brubaker, Clerk          December 5, 2007          TELEPHONE:
CIVIL (336) 332-6030
CRIM. (336) 332-6020
ADMIN. (336) 332-6015

Kendal Brumby
4826 Kingswell Dr,
McCleansville, NC 27301

        Re: Civil Action No. 1:07CV277; USA vs. Currency, $7,000.00 in U.S., et al.

Dear Mr. Brumby:

      The Plaintiff, USA has filed a motion to strike, which may or may not be supported by an affidavit. You have the right to file a 20-page response in opposition to the plaintiffs' motion. Your failure to respond or, if appropriate, to file affidavits or evidence in rebuttal within the allowed time may cause the court to conclude that the plaintiffs' contentions are undisputed and/or that you no longer wish to pursue the matter. A response to a motion to strike must be filed within 20 days from the date of service of the plaintiffs' motion upon you.

      Any response you file should be accompanied by a brief containing a concise statement of reasons for your opposition and a citation of authorities upon which you rely. You are reminded that affidavits must be made on personal knowledge, contain facts admissible in evidence and be made by one shown to be competent to testify. A false statement under oath or under penalty of perjury may be a crime punishable as provided by law.

      The original of your response should be mailed to this office and a copy served upon counsel for the plaintiff. Any pleadings presented to this court for filing must be accompanied by a certificate stating that you have served copies on counsel for the plaintiff.

      Because of the complexity of legal proceedings, it is suggested that you retain your own attorney to assist you in preparing a response and in pursuing this action.

                              Sincerely,

                              JOHN S. BRUBAKER, CLERK

                        By:   /s/ Kelly H. Welch
                              Deputy Clerk